1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11

VALERIE BROOKS, individually and on behalf of
all others similarly situated,

Case No. 2:21-cv-00158-TLN-DB

12

Plaintiff,

**ORDER EXTENDING TIME TO
RESPOND TO COMPLAINT**

13

14

vs.

Compl. Filed: January 26, 2021
Trial:          Not set

15

LOLA & SOTO BUSINESS GROUP, INC. d/b/a
MISS LOLA, a California corporation, and DOES 1
to 10, inclusive,

16

17

Defendants.

18

19

20

21

22

23

24

25

26

27

28

**ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

1      The Court, having considered the stipulation of Plaintiff Valerie Brooks ("Plaintiff") and

2   Defendant Lola & Soto Business Group, Inc. ("Defendant"), and good cause appearing, hereby

3   ORDERS that the time for Defendant to respond to the Complaint is extended until and including

4   April 28, 2021.

5          SO ORDERED.

6   Dated: March 18, 2021

7                                                           _____
                                                            Troy L. Nunley
8                                                           United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**