UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LOLA & SOTO BUSINESS GROUP, INC.,<br><br>Defendant. | No. 2:21-cv-00158-DAD-DB<br><br>ORDER DISMISSING THIS ACTION PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL<br><br>(Doc. No. 35) |

On October 6, 2022, plaintiff filed a notice of voluntary dismissal of this putative class action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. No. 35.) In particular, plaintiff requests that her individual claims be dismissed with prejudice and that her putative class claims be dismissed without prejudice, and with each party to bear their own attorney's fees and costs. (*Id.*)

Pursuant to Rule 41 of the Federal Rules of Civil Procedure and good cause appearing, the court orders as follows:

    1.    Plaintiff's request for voluntary dismissal of this action (Doc. No. 35) is granted;

    2.    Plaintiff's individual claims are dismissed with prejudice;

    3.    Plaintiff's putative class claims are dismissed without prejudice;

/////

1      4.      The pending motion to dismiss (Doc. No. 20) in this case is denied as having been rendered moot; and

5.      The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 7, 2022**

                               /s/ Dale A. Drozd
                               UNITED STATES DISTRICT JUDGE